AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

INTERNATIONAL PAINTERS AND ALLIED
TRADES INDUSTRY PENSION FUND and
GARY J. MEYERS

**SUMMONS IN A CIVIL CASE**

V.

ROSE CITY GLASS CO., INC.
d/b/a Rose City Glass
d/b/a Rose city Company, Inc.

CASE N

Case: 1:08-cv-00466
Assigned To : Roberts, Richard W.
Assign. Date : 3/18/2008
Description: Labor-ERISA

TO: (Name and address of Defendant)

ROSE CITY GLASS CO., INC.
2487 Rochester Road
Canandaigua, NY  14424

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

KENT CPREK
JENNINGS SIGMOND, PC
THE PENN MUTUAL TOWERS, 16TH FLOOR
510 WALNUT STREET
PHILADELPHIA, PA  19106

an answer to the complaint which is served on you with this summons, within | twenty (20) | days after service
of this summons on you, exclusive of the day of service.  If you fail to do so, judgment by default will be taken against you for
the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this
Court within a reasonable period of time after service.

NANCY MAYER-WHITTINGTON            MAR 1 8 2008

CLERK                              DATE

(By) DEPUTY CLERK

# AFFIDAVIT OF SERVICE

## UNITED STATES DISTRICT COURT
### District of District of Columbia

Case Number: COLUMBIA

Plaintiff:
**INTERNATIONAL PAINTERS AND ALLIED TRADES INDUSTRY PENSION FUND
AND GARY J. MEYERS**

vs.

Defendant:
**ROSE CITY GLASS CO., INC**

Received by LEGAL ERRANDS INC to be served on **ROSE CITY GLASS CO., INC, 2487 ROCHESTER RD, CANANDAIGUA, NY 14424.**

I, William Robinson, being duly sworn, depose and say that on the **16th day of April, 2008 at 1:20 pm**, I:

served a **CORPORATION** by delivering a true copy of the **SUMMONS AND COMPLAINT IN A CIVIL CASE** with the date and hour of service endorsed thereon by me, to: **KIM COLE** as **MANAGING AGENT** for **ROSE CITY GLASS CO., INC**, at the address of: **2487 ROCHESTER RD, CANANDAIGUA, NY 14424**, and informed said person of the contents therein, in compliance with state statutes.

**Description** of Person Served:  Age: 30,  Sex: F,  Race/Skin Color: White,  Height: 5'5",  Weight: 120,  Hair: Blonde,  Glasses: N

Deponent is not a party herein, is over the age of 18 years and resides in the State of New York.

Subscribed and Sworn to before me on the 17th day of April, 2008 by the affiant who is personally known to me.

_____

Richard Zicari
Notary Public, Monroe Count
State of New York
My Commission expires 2/27/2011

_____

William Robinson
Notary Public, Monroe Count
State of New York
My Commission expires 4/25/2009

**William Robinson**
Process Server

**LEGAL ERRANDS INC**
**1313 Race St**
**Philadelphia, PA 19107**
**(215) 751-1124**

Our Job Serial Number: 2008000294

Copyright © 1992-2006 Database Services, Inc. - Process Server's Toolbox V5.9k