IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| INTERNATIONAL PAINTERS AND ALLIED )<br>TRADES INDUSTRY PENSION FUND )<br>)<br>                Plaintiff, )<br>v. )<br>)<br>ROSE CITY GLASS CO., INC. )<br>   d/b/a ROSE CITY GLASS )<br>   d/b/a ROSE CITY COMPANY, INC. )<br>)<br>                Defendant. ) | CIVIL ACTION NO.<br>08-cv-466 |

### REQUEST TO CLERK TO ENTER
### DEFAULT PURSUANT TO FED. R. CIV. P. 55(a)

You will please enter a default on Defendant, Rose City Glass Co., Inc., d/b/a Rose City Glass, d/b/a Rose City Company, Inc. ("Company"), for failure to plead or otherwise defend as provided in Rule 55(a) of the Federal Rules of Civil Procedure as appears in the attached Declaration of Kent G. Cprek.

                                  Respectfully submitted,

                                    JENNINGS SIGMOND, P.C.

                                    BY:/s/    Kent G. Cprek
                                    KENT G. CPREK, ESQUIRE
                                    (I.D. NO. 478231)
                                    The Penn Mutual Towers, 16th Floor
                                    510 Walnut Street, Independence Square
                                    Philadelphia, PA 19106-3683
                                    (215) 351-0615
Date: May 13, 2008                Attorney for Plaintiff

OF COUNSEL:
DAWN M. COSTA, ESQUIRE
Jennings Sigmond, P.C.
510 Walnut Street, Suite 1600
Philadelphia, PA 19106
(215) 351-0616

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| INTERNATIONAL PAINTERS AND ALLIED ) <br> TRADES INDUSTRY PENSION FUND ) <br> ) <br> Plaintiff, ) <br> v. ) <br> ) <br> ROSE CITY GLASS CO., INC. ) <br>    d/b/a ROSE CITY GLASS ) <br>    d/b/a ROSE CITY COMPANY, INC. ) <br> ) <br> Defendant. ) | CIVIL ACTION NO. <br> 08-cv-466 |

## DECLARATION OF KENT G. CPREK, ESQUIRE

## FOR ENTRY OF DEFAULT

Kent G. Cprek, Esquire, declares and states as follows:

1.  I am the attorney for the Plaintiff in the above-entitled action.

2.  The Complaint and Summons in this action were served on Defendant, Rose City Glass Co., Inc. d/b/a Rose City Glass, d/b/a Rose City Company, Inc. ("Company") on April 16, 2008, by William Robinson, Process Server, who served Kim Cole, Company's Managing Agent at 2487 Canandaigua, NY 14424. The Return of Service has been duly docketed with the Court.

3.  The time in which Defendant may answer or otherwise move as to the Complaint has expired.

4.  No appearance has been entered by said Defendant in this case; no pleading has been filed and none served upon the attorney for the Plaintiff; no extension has been given and the time for filing has expired.

5.  Defendant is/are neither an infant nor an incompetent person.

6.  Inasmuch as Company is a corporation, it is not in the military service.

> I declare under penalty of perjury in accordance with 28 U.S.C. §1746 that the foregoing is true and correct to the best of my knowledge, information and belief.
>
> /s/    Kent G. Cprek
> KENT G. CPREK, ESQUIRE

Date: May 13, 2008

OF COUNSEL:
DAWN M. COSTA, ESQUIRE
Jennings Sigmond, P.C.
510 Walnut Street, Suite 1600
Philadelphia, PA 19106
(215) 351-0616

## CERTIFICATE OF SERVICE

I, KENT G. CPREK, ESQUIRE, state, under penalty of perjury, that the foregoing Request to Clerk to Enter Default Pursuant to Fed. R. Civ. P. 55(a) was served by mailing same first class mail, postage prepaid, on the date listed below to:

>Rose City Glass Co., Inc.
>2487 Rochester Road
>Canandaigua, NY 14424

>/s/    Kent G. Cprek
>KENT G. CPREK, ESQUIRE

Date:  May 13, 2008