Default - Rule 55A (CO 40 Revised-DC 02/00)

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

INTERNATIONAL PAINTERS AND ALLIED
TRADES INDUSTRY PENSION FUND et al

    Plaintiff(s)

    V.

Civil Action No. 08-cv-00466-RWR

ROSE CITY GLASS CO., INC

    Defendant(s)

RE: ROSE CITY GLASS CO., INC

## DEFAULT

It appearing that the above-named defendant(s) failed to plead or otherwise defend this action though duly served with summons and copy of the complaint on April 16, 2008, and an affidavit on behalf of the plaintiff having been filed, it is this 14th day of May, 2008 declared that defendant(s) is/are in default.

NANCY MAYER-WHITTINGTON, Clerk

By: /s/ Jackie Francis
Deputy Clerk