```
                    UNITED STATES DISTRICT COURT
                    FOR THE DISTRICT OF COLUMBIA
```

_____
                                    )
**INT'L PAINTERS & ALLIED**         )
**TRADES INDUS. PENSION FUND,**     )
                                    )
      **Plaintiff,**          )
                                    )
      v.                     )     **Civil Action No. 08-466 (RWR)**
                                    )
**ROSE CITY GLASS CO., INC.,**      )
                                    )
      **Defendant.**          )
_____)


### ORDER TO SHOW CAUSE

On May 14, 2008, default was entered against the defendant, and the plaintiff has now moved for default judgment. Accordingly, it is hereby

**ORDERED** that the defendant show cause in writing by June 20, 2008 why default judgment should not be entered against it. Failure to timely comply may result in default judgment being entered against the defendant.

SIGNED this 10th day of June, 2008.


                                                          _____/s/_____
                                                          RICHARD W. ROBERTS
                                                          United States District Judge