IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| INTERNATIONAL PAINTERS AND ALLIED TRADES INDUSTRY PENSION FUND )<br><br>Plaintiff,<br>v.<br><br>ROSE CITY GLASS CO., INC.<br>  d/b/a Rose City Glass<br>  d/b/a Rose City Company, Inc.<br><br>Defendant. | CIVIL ACTION NO.<br>1:08-cv-00466 |

## SATISFACTION OF JUDGMENT

COMES NOW Plaintiffs, International Union of Painters and Allied Trades Industry Pension Fund, by and through their undersigned counsel, and notifies the Court that the Judgment entered by the Court on June 27, 2008, has been satisfied in full by Defendant.

Respectfully submitted,

JENNINGS SIGMOND, P.C.

BY: /s/Kent G. Cprek
KENT G. CPREK (BAR NO. 478231)
The Penn Mutual Towers, 16th Floor
510 Walnut Street, Independence Square
Philadelphia, PA 19106-3683
(215) 351-0615
Date: July 17, 2008   Counsel for Plaintiff

OF COUNSEL:
Dawn M. Costa, Esquire
Jennings Sigmond P.C.
510 Walnut Street, 16th Floor
Philadelphia, PA 19106-3683
(215) 351-0616

197656_1.DOC
PTINTF-29621.PL

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| INTERNATIONAL PAINTERS AND ALLIED ) <br> TRADES INDUSTRY PENSION FUND ) <br> ) <br> Plaintiff, ) <br> v. ) <br> ) <br> ROSE CITY GLASS CO., INC. ) <br>     d/b/a Rose City Glass ) <br>     d/b/a Rose City Company, Inc. ) <br> ) <br> Defendant. ) | CIVIL ACTION NO. <br> 1:08-cv-00466 |

## CERTIFICATE OF SERVICE

I, Dawn M. Costa, Esquire, state under penalty of perjury that I caused a copy of the foregoing Satisfaction of Judgment to be served via first class mail, postage prepaid on the date and to the address below:

> Rose City Glass Co., Inc.
> 2487 Rochester Road
> Canandaigua, NY 14424

Date: July 17, 2008          /s/ Kent G. Cprek
                             KENT G. CPREK, ESQUIRE

**THIS DOCUMENT HAS BEEN ELECTRONICALLY FILED AND IS AVAILABLE
FOR VIEWING AND DOWNLOADING FROM THE ECF SYSTEM**

197656_1.DOC
PTINTF-29621.PL

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| INTERNATIONAL PAINTERS AND ALLIED ) <br> TRADES INDUSTRY PENSION FUND ) <br> ) <br> Plaintiff, ) <br> v. ) <br> ) <br> ROSE CITY GLASS CO., INC. ) <br>    d/b/a Rose City Glass ) <br>    d/b/a Rose City Company, Inc. ) <br> ) <br> Defendant. ) | CIVIL ACTION NO. <br> 1:08-cv-00466 |

### SATISFACTION OF JUDGMENT

COMES NOW Plaintiffs, International Union of Painters and Allied Trades Industry Pension Fund, by and through their undersigned counsel, and notifies the Court that the Judgment entered by the Court on June 27, 2008, has been satisfied in full by Defendant.

Respectfully submitted,

JENNINGS SIGMOND, P.C.

BY: /s/Kent G. Cprek
KENT G. CPREK (BAR NO. 478231)
The Penn Mutual Towers, 16th Floor
510 Walnut Street, Independence Square
Philadelphia, PA 19106-3683
(215) 351-0615
Date: July 17, 2008          Counsel for Plaintiff

OF COUNSEL:
Dawn M. Costa, Esquire
Jennings Sigmond P.C.
510 Walnut Street, 16th Floor
Philadelphia, PA 19106-3683
(215) 351-0616

197656_1.DOC
PTINTF-29621.PL

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| INTERNATIONAL PAINTERS AND ALLIED<br>TRADES INDUSTRY PENSION FUND | )<br>)<br>) | |
| Plaintiff, | ) | CIVIL ACTION NO. |
| v. | )<br>) | 1:08-cv-00466 |
| ROSE CITY GLASS CO., INC.<br>    d/b/a Rose City Glass<br>    d/b/a Rose City Company, Inc. | )<br>)<br>)<br>) | |
| Defendant. | ) | |

## CERTIFICATE OF SERVICE

I, Dawn M. Costa, Esquire, state under penalty of perjury that I caused a copy of the foregoing Satisfaction of Judgment to be served via first class mail, postage prepaid on the date and to the address below:

Rose City Glass Co., Inc.
2487 Rochester Road
Canandaigua, NY 14424

Date: July 17, 2008            /s/ Kent G. Cprek
                   KENT G. CPREK, ESQUIRE

**THIS DOCUMENT HAS BEEN ELECTRONICALLY FILED AND IS AVAILABLE
FOR VIEWING AND DOWNLOADING FROM THE ECF SYSTEM**

197656_1.DOC
PTINTF-29621.PL

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| INTERNATIONAL PAINTERS AND ALLIED TRADES INDUSTRY PENSION FUND | ) ) ) | |
| Plaintiff, | ) ) | CIVIL ACTION NO. 1:08-cv-00466 |
| v. | ) ) | |
| ROSE CITY GLASS CO., INC.  d/b/a Rose City Glass  d/b/a Rose City Company, Inc. | ) ) ) ) | |
| Defendant. | ) ) | |

## SATISFACTION OF JUDGMENT

COMES NOW Plaintiffs, International Union of Painters and Allied Trades Industry Pension Fund, by and through their undersigned counsel, and notifies the Court that the Judgment entered by the Court on June 27, 2008, has been satisfied in full by Defendant.

Respectfully submitted,

JENNINGS SIGMOND, P.C.

BY: /s/Kent G. Cprek
KENT G. CPREK (BAR NO. 478231)
The Penn Mutual Towers, 16th Floor
510 Walnut Street, Independence Square
Philadelphia, PA 19106-3683
(215) 351-0615
Counsel for Plaintiff

Date:  July 17, 2008

OF COUNSEL:
Dawn M. Costa, Esquire
Jennings Sigmond P.C.
510 Walnut Street, 16th Floor
Philadelphia, PA 19106-3683
(215) 351-0616

197656_1.DOC
PTINTF-29621.PL

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| INTERNATIONAL PAINTERS AND ALLIED TRADES INDUSTRY PENSION FUND | ) ) ) | |
| Plaintiff, | ) ) | CIVIL ACTION NO. 1:08-cv-00466 |
| v. | ) ) | |
| ROSE CITY GLASS CO., INC.<br>    d/b/a Rose City Glass<br>    d/b/a Rose City Company, Inc. | ) ) ) ) | |
| Defendant. | ) ) | |

## CERTIFICATE OF SERVICE

I, Dawn M. Costa, Esquire, state under penalty of perjury that I caused a copy of the foregoing Satisfaction of Judgment to be served via first class mail, postage prepaid on the date and to the address below:

> Rose City Glass Co., Inc.
> 2487 Rochester Road
> Canandaigua, NY 14424

Date: July 17, 2008        /s/ Kent G. Cprek
                           KENT G. CPREK, ESQUIRE

**THIS DOCUMENT HAS BEEN ELECTRONICALLY FILED AND IS AVAILABLE FOR VIEWING AND DOWNLOADING FROM THE ECF SYSTEM**

197656_1.DOC
PTINTF-29621.PL

**Lewandowski, Teresa K.**

From: DCD_ECFNotice@dcd.uscourts.gov
Sent: Friday, June 27, 2008 12:00 PM
To: DCD_ECFNotice@dcd.uscourts.gov
Subject: Activity in Case 1:08-cv-00466-RWR INTERNATIONAL PAINTERS AND ALLIED TRADES INDUSTRY PENSION FUND et al v. ROSE CITY GLASS CO., INC. Default Judgment

This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.
***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

### U.S. District Court

### District of Columbia

**Notice of Electronic Filing**

The following transaction was entered on 6/27/2008 at 12:00 PM and filed on 6/27/2008

Case Name: INTERNATIONAL PAINTERS AND ALLIED TRADES INDUSTRY PENSION FUND et al v. ROSE CITY GLASS CO., INC.
Case Number: 1:08-cv-466
Filer:
WARNING: CASE CLOSED on 06/27/2008
Document Number: 7

**Docket Text:**
**DEFAULT JUDGMENT against ROSE CITY GLASS CO., INC.. Signed by Judge Richard W. Roberts on 6/26/08. (lin, )**

**1:08-cv-466 Notice has been electronically mailed to:**

Kent G. Cprek  usdc-dc@jslex.com

**1:08-cv-466 Notice will be delivered by other means to::**

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** U:\Operations\Scan Repository\Romero\8-466.pdf
**Electronic document Stamp:**

6/27/2008

[STAMP dcecfStamp_ID=973800458 [Date=6/27/2008] [FileNumber=1838935-0]
[329a1376712570c247a629797e41e3cd652cfc1d615da9e64ecb12303d84c2b48a11
2781bbee4aae5e9c21a3b07e2259694f68d80df03988fef96f8e8d759bb3]]

6/27/2008

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| INTERNATIONAL PAINTERS AND ALLIED ) <br> TRADES INDUSTRY PENSION FUND ) <br> ) <br> Plaintiff, ) <br> v. ) <br> ) <br> ROSE CITY GLASS CO., INC. ) <br>    d/b/a Rose City Glass ) <br>    d/b/a Rose City Company, Inc. ) <br> ) <br> Defendant. ) | CIVIL ACTION NO. <br> 1:08-cv-00466 |

## DEFAULT JUDGMENT

Upon consideration of the Complaint and Motion for Entry of Judgment by Default of the Plaintiff, International Painters and Allied Trades Industry Pension Fund ("Fund," "Pension Fund" or "Plaintiff"), it appears to the Court that Defendant, Rose City Glass Co., Inc., d/b/a Rose City Glass, d/b/a Rose City Company, Inc. ("Company" or "Defendant"), has willfully failed to appear, plead or otherwise defend, and it is ORDERED:

    1.    Plaintiff's Motion is **GRANTED**;

    2.    Judgment is entered against Company and in favor of Plaintiff in the total amount of $21,264.56 itemized as follows:

    (a)    Unpaid contributions for the period of January 1, 2005 through June 4, 2005, and March 1, 2007 through April 30, 2008 in the amount of $13,386.13 under 29 U.S.C. § 1132(g)(2);

    (b)    Interest from the date contributions became due through May 31, 2008, in the amount of $898.11;

Case 1:08-cv-00466-RWR   Document 7   Filed 06/27/2008   Page 2 of 4
Case 1:08-cv-00466-RWR   Document 8   Filed 07/18/2008   Page 10 of 12
Case 1:08-

(c) Liquidated damages in the amount of $2,677.22. As indicated above, Defendant owes $13,386.13 in unpaid contributions. Defendant owes liquidated damages totaling twenty percent (20%) of the unpaid contributions. The total amount of liquidated damages is greater than the interest due. Therefore, Defendant owes liquidated damages in the amount of $2,677.22.

(d) Attorneys' fees and costs in the amount of $4,303.10 incurred by Plaintiff through May 31, 2008, as provided in 29 U.S.C. § 1132(g)(2)(D).

3. Defendant, its owners, officers, agents, servants, attorneys and all persons acting on their behalf or in conjunction with them shall be and hereby are restrained and enjoined from refusing to file complete, proper and timely remittance reports with accompanying pension contributions for all periods for which Defendant is obligated to do so under its collective bargaining agreement(s).

4. If further action by the Pension Fund is required to obtain payment of the amounts owed by Defendant, it may apply to this Court or to the court in which enforcement is sought, for such further reasonable attorneys' fees and costs in addition to those set out in Paragraph 2(d) above. See, Trucking Employees of North Jersey Welfare Fund, Inc. v. Bellezza Co., 57 Fed. Appx. 972 (3d Cir. 2003); International Painters and Allied Trades Industry Pension Fund v. H.W. Ellis Painting Co., Inc., No. 03-1125, slip. op. at *3 (D.D.C. February 10, 2004) (citing Free v. Briody, 793 F.2d 807 (7th Cir. 1986); Sheet Metal Workers Health and Welfare Trust Fund v. Big D Service Co., 867 F.2d 852 (10th Cir. 1989)).

5. Within ten (10) days of the entry of this Order, Defendant shall fully and accurately complete and submit to the Plaintiff any and all outstanding remittance reports, including but not limited to reports and contributions for the period January 1, 2005 through the

present, together with a check for the full amount of the contributions and dues due, including interest and liquidated damages.

6.  Within twenty (20) days of a request by Plaintiff or its counsel, Defendant shall make available to the designated representative of the Plaintiff all payroll books and related records necessary for Plaintiff to ascertain the precise amount of any delinquent contributions due and owing to Plaintiff for all periods in which Defendant is obligated to make fringe benefit contributions to the Plaintiff and Defendant shall bear the costs of said audit.

7.  Plaintiff shall have the right to conduct future audits for all relevant periods, including the time periods covered by this judgment. Defendant shall be and hereby is restrained and enjoined from failing and refusing to submit to such audits by certified public accountants selected by Plaintiff and shall produce all payroll books and related records requested by Plaintiff, including, but not limited to, payroll, wages, general ledger and cash disbursement records, compensation insurance audits and any other pertinent records deemed necessary for the purpose of ascertaining and/or verifying payments and/or liabilities to Plaintiff. Defendant shall pay Plaintiff any additional amounts found owing, plus such other amounts as set forth in the Agreement, the Agreement and Declaration of Trust of the Pension Fund, the International Painters and Allied Trades Industry Pension Plan, ERISA or any other applicable law.

8.  If additional delinquencies are discovered pursuant to the submission of the remittance reports or to the audit referred to above, or as a result of additional information that becomes available to the Plaintiff, the Plaintiff may apply to the Court for an additional or supplemental judgment reflecting any additional delinquencies, interest, liquidated damages, attorneys' fees and costs, pursuant to ERISA, 29 U.S.C. § 1132(g)(2) together with any audit costs incurred by the Plaintiff.

Case 1:08-cv-00466-RWR    Document 7    Filed 06/27/2008    Page 4 of 4
Case 1:08-cv-00466-RWR    Document 8    Filed 07/18/2008    Page 12 of 12
Case 1:08-cv-00466-RWR

9.  Plaintiff ~~is awarded~~ *may move for* reimbursement of all additional attorneys' fees and costs it incurs in the collection and enforcement of this judgment as well as those incurred in the collection of delinquent contributions which may be found to be due as a result of the audit provided for in this Order.

10. If Defendant fails to comply with any of the terms of this Order, the Plaintiff may, in addition to pursuing the remedies provided for under Federal Rule of Civil Procedure 69, reopen this case upon motion to the Court and notice to the Defendant, and may at that time ask for further appropriate monetary and/or injunctive relief.

_____
The Honorable Richard W. Roberts
United States District Judge

Date: 6-26-08

Copies of this Default Judgment shall be sent to:

Kent G. Cprek, Esquire
Jennings Sigmond, P.C.
510 Walnut Street, 15th Floor
Philadelphia, PA 19106-3683

Rose City Glass Co., Inc.
2487 Rochester Road
Canandaigua, NY 14424